UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x

Kelly Lett,	Civ. No.: 25-cv-10335

      Plaintiff,

  -against-

TAG Yonkers II LLC,

      Defendants.
-----------------------------------------x

## REQUEST FOR ENTRY OF DEFAULT

TO:    TAMMI M. HELLWIG, CLERK OF COURT
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

      Plaintiff KellyLett respectfully requests entry of default, pursuant to Fed. R. Civ. P. 55(a) against Yonkers Kia for its failure to appear or otherwise respond to the Complaint within the time specified by the Federal Rules.

      On January 14, 2023, the Complaint, Summons and all other initiating documents in this lawsuit were personally served on Defendant. An Affidavit of Service, certifying that the foregoing service was completed was filed with the Court on January 23, 2023. More than 21 days have elapsed since service was completed. The defendant has not been granted any extension of time to respond to the Complaint. Defendant has failed to answer or otherwise respond to the Complaint, or serve any answer or other response on Plaintiff's attorney of record.

      A proposed Certificate of Default is submitted for the Court's convenience.

                                                     Respectfully submitted

                                                     __/s/_____
                                                     David M. Kasell (DK-7753)
                                                   1038 Jackson Avenue, #4
                                                   Long Island City, NY 11101
Dated: Long Island City, New York       (718) 404-6668
       February 8, 2023

## CERTIFICATE OF SERVICE

I, David M. Kasell certify that on March 26, 2014 I served the foregoing Request for Entry of Default on Defendant by first-class mail addressed to:

Boston Road Auto Mall, Inc.
3040 Lurting Avenue
Bronx, New York 10469

                                                                                 __/s/_____
                                                                                 David M. Kasell (DK-7753)

Dated: March 26, 2014
       Long Island City, NY

UNITED STATES DISTRICT DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x

PETER JAGER,                                Index No.:13-CV-614 (LLS)

      Plaintiff,

  -against-

BOSTON ROAD AUTO MALL, INC.,

      Defendant,
-----------------------------------------x

## CERTIFICATE OF DEFAULT

      I, Ruby J. Krajick, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the Defendant has failed to Respond to or Answer the Complaint, or otherwise appear in this action. A certificate of default is hereby entered against the named defendant, pursuant to Fed. R. Soon. Civ. P. 55(a).

Dated:_____, 2014
      New York, NY

                                                                            Ruby J. Krajick
                                                                            Clerk of Court


                                                                            _____
                                                                            Deputy Clerk