```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:___2/4/2026___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
KELLY LETT,

                                    Plaintiff,                              **25-CV-10335 (VSB) (KHP)**

                    -against-                                                **ORDER**

TAG YONKERS II, LLC.,

                                    Defendant.
------------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

        On February 2, 2026, Plaintiff filed a letter representing that contact with defense

counsel has been made and that Defendant intends to respond to the complaint by February

22, 2026.  (ECF No. 10)  Plaintiff further requests that the motion for entry of default at ECF No.

8 be withdrawn.  The requests are GRANTED.  Defendant shall respond to the complaint by

**February 22, 2026**.  The motion at ECF No. 8 is terminated as moot.  Additionally, due to the

deficient filing at ECF No. 1, Plaintiff is directed to refile the operative complaint in this action,

curing the deficiency noted.

                    **Plaintiff is directed to serve this order on the Defendant.**

**The Clerk of Court is respectfully directed to terminate the pending motions at ECF Nos. 8 and**
**10.**
        **SO ORDERED.**

DATED:        New York, New York
              February 4, 2026

                                                        _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge